Bernard HAYNES, Movant,

v.

**STATE of Missouri, Respondent.**

**No. 49996.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 18, 1986.

Motion for Rehearing and/or Transfer
Denied April 15, 1986.

Application to Transfer Denied
May 13, 1986.

David C. Hemingway, Public Defender's Office, St. Louis, for movant.

William L. Webster, Atty. Gen., John M. Morris, Jennifer H. Fisher, Asst. Attys. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Claiming his counsel had improperly induced him to waive his right to appeal his convictions for second degree burglary (§ 569.170, RSMo. 1978), and stealing without consent (§ 570.030), movant sought relief under Rule 27.26. After an evidentiary hearing, the circuit court determined movant's claim had no merit. Movant appeals. Having reviewed the record, we conclude the circuit court's order overruling movant's 27.26 motion was not clearly erroneous. Rule 27.26(j). An opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).